IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| ALBERTINO CRISOSTOMO, | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
| v. | )   Case No. 4:12-cv-2232-JHH-MHH |
| | ) |
| ERIC HOLDER, JR., et al., | ) |
| | ) |
|     Defendants. | ) |

## ORDER

The magistrate judge filed a report and recommendation on July 18, 2013, recommending that the petition for writ of habeas corpus be dismissed as moot because the respondents released Mr. Crisostomo from custody. (Doc. 10). The parties were allowed fourteen days from the entry of the report and recommendation in which to file objections. The postal service returned the report and recommendation, marking undeliverable on the envelope. The parties did not file objections.

Having carefully reviewed and considered *de novo* all the materials in the Court's file, the Court is of the opinion that the magistrate judge's report and recommendation is due to be and is hereby **ADOPTED** and her recommendation is **ACCEPTED**. Accordingly, the petition for writ of habeas corpus is due to be and is **DISMISSED**. The Clerk of Court is directed to close this file and to mail a copy of

this Order to the Mr. Crisostomo.

**DONE** this the ___4th___ day of September, 2013.

_____
SENIOR UNITED STATES DISTRICT JUDGE